UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE WALKER, | Case No. 2:15-cv-01386-JAD-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| CLARK COUNTY, | (Docket No. 12) |
| Defendant(s). | |

Pending before the Court is Defendant's motion for an exception to the attendance requirements at the early neutral evaluation session ("ENE") scheduled in this case. Docket No. 12. The motion is hereby **GRANTED**.

While the Court grants the motion in this instance, it reminds counsel that the deadline for making such a request expired on September 17, 2015. *See* Docket No. 8 at 1-2. The Court expects future requests to be made in a timely fashion.

IT IS SO ORDERED.

DATED: October 7, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge